# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

138371

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CHARKITA SHONTA SUDDETH,
    Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138371
COA: 280193
Jackson CC: 06-004325-FH

On order of the Court, the application for leave to appeal the January 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

0518